**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-00289-PAB-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: September 12, 2011** | **Courtroom Deputy:** Laura Galera |

| | |
|---|---|
| YAMPA VALLEY ELECTRIC ASSOCIATION, INC., | Gary Scott Engle |
| Plaintiff/Counter Defendant, | |
| v. | |
| THREE FORKS RANCH CORP., | Paul Sonderegger |
| Defendant/Counter Claimant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:     8:29 a.m.**

Court calls case.  Appearances of counsel.

Discussion regarding discovery dispute, Motion to Strike Plaintiff's Expert Witness Disclosure and to Preclude Plaintiff's Experts from Supplying Opinion Evidence in this Case [16] and the Unopposed Motion for Extension of Time to File Rebuttal Expert Witness Disclosures and to Extend the Discovery End Date [18].

For the reasons as stated on the record it is:

**ORDERED:** Motion to Strike Plaintiff's Expert Witness Disclosure and to Preclude Plaintiff's Experts from Supplying Opinion Evidence in this Case [16] is DENIED AS MOOT in light of the court's ruling from the bench.

**ORDERED:** Unopposed Motion for Extension of Time to File Rebuttal Expert Witness Disclosures and to Extend the Discovery End Date [18] is DENIED AS MOOT in light of the court's ruling from the bench.

**ORDERED:**   The following deadlines were amended as follows:

    Discovery Cut-off**:   October 30, 2011.**

    Dispositive Motions deadline**:   November 16, 2011.**

    Parties shall designate rebuttal experts **on or before September 30, 2011.**

**ORDERED:**   The Settlement Conference set September 27, 2011 is VACATED. Parties shall submit Updated Confidential Settlement Statements **on or before October 21, 2011.**

**The settlement statements must describe, in detail, the strengths and weaknesses of the case, and whether factual or legal or both.  In addition, each party shall indicate a specific dollar amount it is willing to offer or accept in settlement.  As a matter of professional courtesy, the parties are REQUIRED to respond to a demand or offer of settlement.**

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.
**Court in recess:       9:04 a.m.**
Total time in court:     00:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.