IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00289-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 16, 2011 | Courtroom Deputy: Monique Wiles |

*Parties:* *Counsel:*

YAMPA VALLEY ELECTRIC            Gary S. Engle
  ASSOCIATION, INC.

    Plaintiff,

v.

THREE FORKS RANCH CORP.            Paul T. Sonderegger
    Defendant.

#### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 2:00 p.m.**
Court calls case. Appearances of counsel.

This matter is before the Court regarding the parties' call to the Court requesting that the Final Pretrial Conference be reset.

**It is ORDERED:**   The parties' request to reset the Final Pretrial Conference is **GRANTED.** The Final Pretrial Conference set for January 11, 2012 at 9:15 a.m. is VACATED and RESET to **FEBRUARY 1, 2012 at 9:15 a.m.** Parties shall file the Final Pretrial Order **on or before January 26, 2012.**

**It is ORDERED:**   The Motion to Strike Plaintiff's Supplemental Expert Witness Disclosure and to Preclude Plaintiff's Experts From Supplying Opinion Evidence in this Case [Doc. No. 28, filed 9/7/2011] is **DENIED AS MOOT.**

HEARING CONCLUDED.

**Court in recess: 2: 34 p.m.**
Total time in court:    34 minutes
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.